

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-81,985-01

### IN RE DELVIN BRADFORD, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 1085154-A AND 1085155-A IN THE 174TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### **O R D E R**

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for writs of habeas corpus in the 174th District Court of Harris County, that more than 35 days have elapsed, and that the applications have not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response, which may be made by submitting the record(s) on such habeas corpus application(s), submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Harris County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application(s) shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: October 8, 2014
Do not publish